811 F.2d 1508
 Satellite Business Systems
v.
Rath (Peter), a/k/a West (Peter), Rath (Miklos), a/k/a Ross
(Mickey), Galambos (Tom), a/k/a Gold (Dan), Baxter (David),
Unger (David), Spitzer (Zolle), Bernstein (Rich, Edit),
Gonzales (Maria), Lewis (Lavina), d/b/a B.M.C. Supply, Tom
Watson Enterprises, Main Warehouse
 NO. 85-6446
 United States Court of Appeals,
Ninth Circuit.
 JAN 22, 1987
 
 1
 Appeal From: C.D.Cal.
 
 
 2
 AFFIRMED.